AO 94 (Rev. 8/97) Commitment to Another District

**FILED NOV 29 2004**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA
V.
Paul Lance Cameron Bennett

## COMMITMENT TO ANOTHER DISTRICT

CR-G-04-36-M

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  |  | 3-04-30419 | H-04-936M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)

charging a violation of    18    U.S.C. §    1201(a)(1)

**DISTRICT OF OFFENSE**
Southern District of Texas

**DESCRIPTION OF CHARGES:**

Kidnapping

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | ☒ No | ☐ Yes | Language: |
|---|---|---|---|

## NORTHERN DISTRICT OF CALIFORNIA
TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

NOV 29 2004
Date                    United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

DOCUMENTS UNDER SEAL

# MAGISTRATE JUDGE MINUTE ORDER

| REPORTER/TAPE NO. | NEW CASE | CASE NUMBER |
|---|---|---|
| 10:49 4m | ☐ | 3-04-30419 |

| MAGISTRATE JUDGE | DEPUTY CLERK | DATE |
|---|---|---|
| Elizabeth D Laporte | Dennis King | 11/29/04 |

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| ₿ Paul Lance Cameron Bennett | 22 | Y | P | Josh Cohen | ☒ PD ☐ APPT ☐ RET |

| U S ATTORNEY | INTERPRETER | FINANCIAL AFFIDAVIT FILED ☐ |
|---|---|---|
| Tim Lucey | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | COUNSEL APPOINTED ☐ |
|---|---|---|
| | Hien Nguyen | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
| ☐ I D COUNSEL | ☐ IDENTITY/ REMOVAL HEARING | ☐ BAIL REVIEW/ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROBATION SR | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ PROBATION SR REVOCATION HEARING | ☐ OTHER |

FILED

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: RICHARD W. WIEKING CLERK U.S. DISTRICT COURT |

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ► AMOUNT OF SECURITY $ | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED |

PROPERTY POSTED /TO BE POSTED
☐ CASH ─── ☐ CORPORATE SECURITY ─── ☐ REAL PROPERTY ───

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDERED REMOVED TO DISTRICT OF **Southern of Texas**    OTHER:

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER |

| TO ___ ___ ___ MO DAY YR | ☐ I D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE CONSENT | ☐ JURY TRIAL |
| AT ___ AM PM BEFORE HON ___ | ☐ FILING FINANCIAL AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ PLEA | ☐ BOND HEARING |
| | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ IDENTITY/ REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PRBATION REVOCATION HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

FPD provisionally appointed for this appearance, no financial affidavit.

COPIES SENT TO: PTS EDR    U.S. G.P.O.: 2001 783-607    ☐ CASE CLOSED

```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Acting Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
     450 Golden Gate Ave
6    San Francisco, CA 94102
     Telephone: (415) 436-7200
7
   Attorneys for the United States of America
8
```

FILED
04 DEC -7 AM 11: 59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> Plaintiff, ) <br> v. ) <br> PAUL LANCE CAMERON BENNETT, ) <br> Defendant. ) | CRIMINAL NO. 3:04-30419 <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on <u>November 24, 2004</u>, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☒ Criminal Complaint

☐ Other (describe) _____

pending in the <u>Southern</u> District of <u>Texas</u>, Case Number <u>H-04-936M</u>.

1

1  In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,
2  Section 1201(a)(1) (Description of Charges:   Kidnapping ).
3  In addition, the government also attaches a copy of incident report No. 041341510 created by
4  the San Francisco Police Department in connection with the November 24, 2004 arrest of Mr.
5  Bennett that occurred pursuant to the arrest warrant issued by the Southern District of Texas.

Respectfully Submitted,
KEVIN V. RYAN
UNITED STATES ATTORNEY

Date: November 26, 2004

TIMOTHY J. LUCEY
Assistant United States Attorney

2

AO 442  (Rev. 10/03) Warrant for Arrest

United States District Court
Southern District of Texas
FILED
OCT 29 2004
Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **TEXAS**

UNITED STATES OF AMERICA

V.

PAUL LANCE CAMERON BENNETT

**WARRANT FOR ARREST**

Case Number: H-04-936M

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PAUL LANCE CAMERON BENNETT__
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of Court  ☐ Violation Notice

charging him or her with  (brief description of offense)

Kidnapping,

in violation of Title __18__ United States Code, Section(s) __1201(a)(1)__.

__Calvin Botley__
Name of Issuing Officer

__/s/ Cal Botley__
Signature of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

__October 29, 2004 at Houston, Texas__
Date and Location

Bail fixed at $ __Detention Requested__ by __/s/ Cal Botley__
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

RS
10/29/04

AO91 (Rev. 10/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

OCT 2 9 2004

SOUTHERN _____ DISTRICT OF _____ TEXAS

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA
V.
PAUL LANCE CAMERON BENNETT

**CRIMINAL COMPLAINT**

Case Number: H-04-936M

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

(Name and Address of Defendant)

I, the undersigned complainant, state that the following is true and correct to the best of my knowledge and belief. On or about  October 25, 2004  in  Galveston  County, in
(Date)
the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

willfully and unlawfully abduct, carry away and inveigle M.C.W., a child under the age of 14, in interstate commerce from Texas to Oklahoma, and did hold her for some purpose and benefit,

in violation of Title  18  United States Code, Section(s)  1201(a)(1) 
I further state that I am a(n)  Special Agent, FBI  and that this complaint is based on the
Official Title
facts related in the affidavit attached hereto and made a part of this complaint.

Signature of Complainant

Benjamin R.P. Stone
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 29, 2004                              at      Houston, Texas
Date                                                         City and State

Calvin Botley, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States of America   )
                           )
vs                         )   Magistrate No.
                           )
Paul Lance Cameron Bennett )


## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Benjamin R.P. Stone, Special Agent (SA) with the Federal Bureau of Investigation (FBI), having been duly sworn declare the following:

On October 26, 2004 I was contacted by Detective Cory Clifton of the League City Police Department (LCPD). Detective Clifton told me that a 13 year old girl, MARGARET CATHERINE WILKERSON (also known as "Kate" and/or "Katy"), had gone missing from her home in League City, Galveston County, Texas, at about 9:30 pm on October 25, 2004. WILKERSON was born on 10/30/1990. WILKERSON's parents had examined their daughter's computer and also the caller identification on their home telephone and told the LCPD that they believed their daughter had been in communication with a man by the name of PAUL BENNETT. WILKERSON's parents provided BENNETT's telephone number as (509) 301 2582. WILKERSON's cellular telephone was recovered close to her house and an examination of the recent calls showed that she had called (509) 301 2582. WILKERSON's parents also provided a chat log of her daughter (identified by the America Online Instant Messenger

1

1  (AIM) username of "KatyLovesAnthony"). In the chat,
2  WILKERSON is chatting with an AIM user identified as
3  "NeoDragonChuan". The FBI, as well as WILKERSON's parents,
4  have recovered other chat logs, and the common username is
5  "KatyLovesAnthony", i.e. WILKERSON is "KatyLovesAnthony". In
6  these chat logs, "KatyLovesAnthony" and "NeoDragonChuan"
7  acknowledge that "NeoDragonChuan" is 22 years old and that
8  "KatyLovesAnthony" is nine years his junior. In these chats,
9  "NeoDragonChuan" and "KatyLovesAnthony" repeatedly profess
10  their love for each other.
11       On 10/26/2004, I served an Administrative Subpoena
12  on America Online who responded by informing me that
13  "NeoDragonChuan" has an alternate e-mail address of
14  melaign@graffiti.net and that "KatyLovesAnthony" has an
15  alternate e-mail address of KatyLovesAnthony@netscape.net.
16  WILKERSON's father, David, has told me that his daughter's e-
17  mail address is katynaya@houston.rr.com.
18       On 10/27/2004, SA Heidi Estrada of the FBI's
19  Houston Cyber Squad went to the website
20  elftown.lysator.liu.se. SA Estrada searched the website for
21  "Paul Bennett" and found a profile for a user identified as
22  "MelaigN". "MelaigN" lists an e-mail address of
23  MelaigN@graffiti.net. The profile of "MelaigN" had
24  photographs of himself, and appears to be BENNETT, as well as
25  photographs of a person who appears to be WILKERSON. SA
26  Estrada was also able to find a profile for an individual
27  identified as "Stoned Immaculate" who listed an e-mail
28  address of katynaya@houston.rr.com. "Stoned Immaculate" also

1 posted some pictures of herself and they appear to be
2 WILKERSON.
3     On 10/26/2004 I served an Administrative Subpoena
4 on Sprint who responded by informing me that the subscriber
5 for (509) 301 2582 was identified as PAUL BENNETT, of 121 ½
6 East Birch Street, College Place, Washington. The date of
7 birth was given as 12/18/1981, while his driver's license
8 number was provided as BENNEPL195RG. Sprint also advised
9 that BENNETT had cancelled his cellular phone service at a
10 Sprint store located at 1501 South Loop 288, Denton, Texas at
11 17:18 Eastern time on 10/26/2004.
12     On 10/26/2004, the FBI's office in Seattle,
13 Washington provided me with a driver's licence photograph for
14 BENNETT, identified by number as BENNEPL195RG.
15     On 10/26/2004, SA Ronald Watson of the FBI's Dallas
16 Field Office went to the Sprint store at 1501 South Loop 288,
17 Denton, Washington where he interviewed the staff, reviewed a
18 surveillance videotape of the store for the time period
19 described above, and determined that BENNETT had made a
20 telephone call to a house located at 6071 Neubauer Ranch
21 Road, Denton, Texas shortly before BENNETT had cancelled his
22 account with Sprint.
23     On 10/26/2004, SA William Leahy of the FBI's
24 Seattle Field office interviewed BENNETT's mother who told
25 him that BENNETT had moved to Denton, Texas in August, 2004.
26 He had been staying with his half-sister, SHONNA ZIMBELMAN,
27 whose parents owned the property (a horse ranch) located at
28 6071 Neubauer Ranch Road. BENNETT had been working at the

3

1  ranch since about August, 2004 and was staying at 109 South
2  College Street, Pilot Point, Texas.
3        On 10/26/2004, SA Christopher G. Raia spoke with
4  BENNETT's mother who told him that she had wired $1,500 to
5  BENNETT so that he could purchase a car.
6        On 10/27/2004, SA Christopher G. Raia spoke with
7  CHARLES MASSEY, who was one of BENNETT's roommates at 109
8  South College Street. MASSEY told SA Raia that about three
9  weeks ago he had driven down to the Houston area with BENNETT
10 so that BENNETT could meet with WILKERSON. Initially,
11 BENNETT had told all of his acquaintances that WILKERSON was
12 17 years old, but that she would be turning 18 years old on
13 10/30/2004. However, during the trip down to Houston,
14 BENNETT told MASSEY that WILKERSON was 14 years old.
15       On 10/27/2004, SA Raia spoke with ZIMBELMAN who
16 told him that BENNETT had purchased a red, 1995 Chevrolet
17 Cavalier from GABRIEL RODRIGUEZ, an employee at the ranch.
18 ZIMBELMAN provided the tag as M47 ZJR.
19       On 10/27/2004, SA Raia spoke with MASSEY, BENNETT's
20 roommate, who told him that BENNETT had packed up all his
21 possessions on 10/25/2004 and left. At about 6:30 pm or 7:30
22 pm on 10/26/2004, BENNETT came back to the house that they
23 shared and told GARTH CLAYTOR, another roommate, that he had
24 "Kate" in the car with him and that they needed a place to
25 stay. Knowing that "Kate" was under the age of 18, CLAYTOR
26 did not allow them to stay at the house and they left.
27       At about 11:15 pm on 10/27/2004, BENNETT's mother
28 called SA Raia and told him that BENNETT had called her three

4

1  times, once at about 6:00 pm, once at about 7:00 pm and once
2  at about 11:00 pm. BENNETT's mother told SA Raia that she
3  had been able to identify the telephone numbers that BENNETT
4  had called her from the first two times. They were (405) 359
5  8594 and (405) 354 9900 respectively. SA Raia was able to
6  determine that these telephone numbers were located in the
7  area of Oklahoma City, Oklahoma. BENNETT's mother also told
8  SA Raia that she had told her son that she knew that
9  WILKERSON was a minor and that he needed to turn himself into
10 the police. BENNETT's mother told SA Raia that she had given
11 SA Raia's telephone number to her son and instructed him to
12 call SA Raia. To date (10/29/2004), SA Raia has not
13 received any telephone calls or other form of communication
14 from BENNETT.
15        On 10/29/2004, Detective Cowey spoke with
16 WILKERSON's father who confirmed that neither he nor his wife
17 had given consent for BENNETT to have possession, custody or
18 control of WILKERSON.
19        On 10/29/2004 Detective Cowey spoke with two
20 friends of WILKERSON's, S.C. and K.W. Both S.C. and K.W.
21 told Detective Cowey that WILKERSON had told them she had had
22 sex with her boyfriend "Paul". S.C. was shown a photograph
23 of BENNETT and recognized BENNET as "Paul", the same
24 individual depicted in a photograph on WILKERSON's note book.
25 WILKERSON had told K.W. that she had told "Paul" that she was
26 13 years old.
27        Based on all of the above, I believe that there
28 exists probable cause that PAUL BENNETT has violated 18

5

1  United States Code, Section 1201(a)(1), which makes it crime
2  for anyone to unlawfully seize, confine, inveigle, decoy,
3  kidnap, abduct, or carry away and hold for ransom or reward
4  or otherwise any person, except in the case of a minor by the
5  parent thereof, when the person is willfully transported in
6  interstate or foreign commerce, regardless of whether the
7  person was alive when transported across a State boundary if
8  the person was alive when the transportation began.

_____
Benjamin R.P. Stone
Special Agent, FBI
Texas City, Texas

Subscribed and sworn to before me this 27th day of October, 2004 and I find probable cause.

_____
Calvin Botley
U.S. Magistrate Judge

6

# CERTIFICATE OF SERVICE

## US v. PAUL LANCE CAMERON BENNETT
### No. 3 04 30419 EDL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

to be served this date on the party(ies) in this action,

**Via Hand-delivery to:**

**Josh Cohen**
**Office of the Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 7, 2004

Ana M. Guerra
Legal Assistant to
AUSA TIMOTHY J. LUCEY