UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER G-04-22-SS |
| PAUL LANCE CAMERON BENNETT | § § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about October 25, 2004, in the Galveston Division of the Southern District of Texas, and elsewhere, the defendant,

**PAUL LANCE CAMERON BENNETT**

did knowingly abduct, carry away and inveigle M.C.W., a minor under the age of 14, and hold her for some purpose and benefit and did willfully transport M.C.W. in interstate commerce from Texas to Oklahoma.

In violation of Title 18, United States Code, Section 1201(a)(1) and 1201(g).

### COUNT TWO

On or about October 25, 2004, in the Galveston Division of the Southern District of Texas, and elsewhere, the defendant,

**PAUL LANCE CAMERON BENNETT**

did knowingly persuade, induce, and entice an individual, namely M.C.W., to travel in interstate commerce to engage in any sexual activity for which any person could be charged with a criminal offense, that is, a violation of California Penal Code, Section 261.5, which makes it a crime to engage in sexual intercourse with a person under the age of 18 years, and a violation of Nevada

Revised Statutes, Sections 200.364 & 200.368, which makes it a crime to engage in sexual intercourse with a person under the age of 16 years.

In violation of Title 18, United States Code, Section 2422(a).

## COUNT THREE

On or about October 25, 2004, in the Galveston Division of the Southern District of Texas, and elsewhere, the defendant,

**PAUL LANCE CAMERON BENNETT**

did knowingly transport an individual, namely, M.C.W., a person who had not attained the age of 18 years, in interstate commerce with intent that the individual engage in any sexual activity for which any person could be charged with a criminal offense, that is, a violation of California Penal Code, Section 261.5, which makes it a crime to engage in sexual intercourse with a person under the age of 18 years, and a violation of Nevada Revised Statutes, Sections 200.364 & 200.368, which makes it a crime to engage in sexual intercourse with a person under the age of 16 years.

In violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

BY: _____
Robert Stabe
Assistant United States Attorney
713-567-9583

USA-74-24b
(Rev. 05/01)

GALVESTON DIVISION  CRIMINAL DOCKET   NO. G-04-22-SS

USAO Number 2004R20210
Magistrate Number G-04-26-M

SUPERSEDING INDICTMENT    Filed: _____ Judge: _____

UNITED STATES of AMERICA

VS.

PAUL LANCE CAMERON BENNETT

ATTORNEYS:
DONALD J. DeGABRIELLE, JR., USA  713-567-9000
ROBERT STABE, AUSA               (713) 567-9583

| | Appt'd | Private |
|---|---|---|
| | | |

**CHARGE:** (TOTAL) (COUNTS:) (3)

Count 1: Kidnapping [18 USC § 1201(a)(1) and 1201(g)]
Count 2: Coercion and Enticement [18 USC § 2422(a)]
Count 3: Transportation of Minors [18 USC § 2423(a)]

**PENALTY:**
Count 1: 20 yrs minimum up to Life and/or $250,000 fine; 5 yrs SRT; $100 SA
Count 2: Up to 20 yrs and/or $250,000 fine; 3 yrs SRT; $100 SA
Count 3: 5 yrs minimum up to 30 yrs and/or $250,000 fine; 5 yrs SRT; $100 SA

☒ In Jail: FDC - Houston
☐ On Bond: NOTICE
☐ No Arrest:

NAME & ADDRESS
of Surety:

## PROCEEDINGS: